UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

        Defendant.
_____/

No. 1:21-cr-40

HON. ROBERT J. JONKER
United States District Judge

**NOTICE OF SUBSTITUTION OF ATTORNEY**

NOTICE is given that Christopher M. O'Connor, Assistant United States Attorney, is substituted for Daniel McGraw and Justin Presant, as counsel for the United States of America in the above action.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: October 15, 2025

*/s/ Christopher M. O'Connor*
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404